In the Matter of THE CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for the Widening of Boscobel Avenue, in the Borough of The Bronx.

TERRILLSEN CORPORATION, Respondent; GEORGE GIAQUINTO et al., Appellants.

(Argued January 2, 1935; decided January 8, 1935.)

*Sidney S. Levine* for motion.

*George J. Kirschenstein* opposed.

Motion granted, and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal within ten days, in which event the motion is denied.